## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Charise

Printed: 01/06/09

Case Number:  07 B 14124

Judge:  Squires, John H

Filed:  8/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  November 26, 2008

Confirmed:  December 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,464.00 |  |
| Secured: |  | 125.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,259.94 |
| Trustee Fee: |  | 79.06 |
| Other Funds: |  | 0.00 |
| Totals: | 1,464.00 | 1,464.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,143.00 | 1,259.94 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Marquette Consumer Finance | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 150.00 | 125.00 |
| 6. | HomEq Servicing Corp | Secured | 2,628.03 | 0.00 |
| 7. | HomEq Servicing Corp | Secured | 347.00 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 62.96 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 158.13 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 38.32 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 80.31 | 0.00 |
| 13. | Marquette Consumer Finance | Unsecured | 1,386.06 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 355.50 | 0.00 |
| 15. | AT&T Universal Card | Unsecured |  | No Claim Filed |
| 16. | Credit Collection | Unsecured |  | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 18. | Darleen Burton | Unsecured |  | No Claim Filed |
| 19. | AFNI | Unsecured |  | No Claim Filed |
| 20. | Village of Oak Park | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,349.31 | $ 1,384.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 79.06 |
|  | $ 79.06 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Charise

Printed: 01/06/09

Case Number:  07 B 14124

Judge:  Squires, John H

Filed:  8/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

